HULL, Respondent, v. NEW YORK CENT. & H. R. R. Co., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 2, 1906.) Action by S. Augusta Hull against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., and NASH, J., dissent, and vote for reversal on the ground that the

testimony of the defendant's witnesses that the locomotive was subjected to frequent and thorough inspection by competent inspectors is uncontradicted and that there should have been a dismissal of the complaint upon this ground. Smith v. N. Y. C. & H. R. R. Company, 164 N. Y. 491, 58 N. E. 655; Biddiscomb v. Cameron, 35 App. Div. 561, 55 N. Y. Supp. 127, affirmed 161 N. Y. 637, 57 N. E. 1104.